(No. 1529— <span style="background:black"> </span>

County of Whiteside, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 14, 1931.*

Lloyd H. Brown, for claimant.

Oscar E. Carlstrom, Attorney General; Carl I. Dietz, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

This is a claim for relief under the Bovine Tuberculosis Eradication Acts of 1919 and 1925 for loss sustained through the destruction of certain tubercular cattle owned by the County of Whiteside as a part of a dairy herd of the Whiteside County Home. The total claim is made in the sum of $280.93.

There appears to be no contention as to the claim coming within the law, although the State is liable for only one-third and the Attorney General comes and recommends an allowance of $123.87 to claimant, being one-third of the claim and would be the extent of the liability of the State of Illinois.

Therefore, this court recommends that claimant be allowed $123.87.